IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SAUL SOLORZANO PATINO, § § *Plaintiff,* § § VS. § § § CIVIL ACTION NO. 9:23-CV-00156 METRO PARCEL & FREIGHT INC., § JUDGE MICHAEL J. TRUNCALE SEAN RIYADH KONJA, AND § ADEL TRUCKING INC § § *Defendants.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. [Dkt. 22]. The Parties advise the Court that they have reached a complete settlement with respect to all claims asserted in this case and no longer wish to pursue any such claims and causes of action.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 10th day of April, 2024.**

Michael J. Truncale
United States District Judge